W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID JUNG (Cal. Bar No. 314508)
RAINA BHATT (Cal. Bar No. 319435)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TWO CONDOMINIUMS LOCATED AT 465 OCEAN DRIVE, UNITS 315 AND 316, MIAMI BEACH, FLORIDA,<br><br>Defendant. | Case No. 21-CV-4060<br><br>**STATEMENT OF CLAIM OF ZACHARY APTE TO SEIZED PROPERTY PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS** |

ZACHARY APTE, by his counsel COVINGTON & BURLING, LLP, respectfully submits this claim to ownership of all property subject to the Government's Verified Complaint for Civil Forfeiture *In Rem* in this action.  That complaint seeks the forfeiture of two condominium units: 465 Ocean Drive, Unit 315, Miami Beach, Florida 33139 (Assessor's Parcel Number: 02-4203-097-0280) and 465 Ocean Drive, Unit 316, Miami Beach, Florida 33139 (Assessor's Parcel Number: 02-4203-097-0290).  Compl. ¶ 1.  Dr. Apte and his wife, Dr. Jessica Richman, are each fifty percent beneficiaries of a Florida land trust, known as the 465 Ocean Land Trust, dated February 4, 2020, that holds the two above-referenced properties.  *See* 465 Ocean Land Trust Agreement, Ex. A.  The 465 Ocean Land Trust acquired the two properties in fee simple conveyances for the benefit of Drs. Apte and Richman in real estate transactions dated February

21, 2020. *See* Warranty Deed for 465 Ocean Drive, Unit 315, Miami Beach, Florida 33139, Exhibit B; Warranty Deed for 465 Ocean Drive, Unit 316, Miami Beach, Florida 33139, Exhibit C.

Dated: July 6, 2021

Respectfully,

By: */s/ W. Douglas Sprague*
W. Douglas Sprague (Cal. Bar No. 202121)
David Jung (Cal. Bar No. 314508)
Raina Bhatt (Cal. Bar No. 319435)

**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091
*wsprague@cov.com*
*gjung@cov.com*
*rbhatt@cov.com*

**VERIFICATION**

At all relevant times, pursuant to the 465 Ocean Land Trust, I have possessed and continue to possess a cognizable right, beneficial interest, and ownership interest in the two condominium units that are the subject of this forfeiture action—465 Ocean Drive, Unit 315, Miami Beach, Florida 33139 (Assessor's Parcel Number: 02-4203-097-0280) and 465 Ocean Drive, Unit 316, Miami Beach, Florida 33139 (Assessor's Parcel Number: 02-4203-097-0290)—sufficient to confer standing.

I attest and declare under penalty of perjury under the laws of the United States of America that the foregoing Statement of Claim and this Verification are true and correct to the best of my knowledge.

_____
Signature

Zachary Apte
Printed Name

7/6/2021
Date