# EXHIBIT B

# EXHIBIT B

```
CFN  2020R0132722
OR BK 31834 Pgs 2623-2624 (2Pgs)
RECORDED 03/03/2020 11:53:47
DEED DOC TAX $3,060.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

Prepared by:
Eric S. Orner, Esq
Attorneys Signature Title PLLC
2101 NW Corporate Blvd., Suite 410
Boca Raton, FL 33431

Upon recordation return to:
Law Office of Brian D. Smith
420 Lincoln Road, Suite 248
Miami Beach, FL 33139

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **21** day of **February, 2020** between **Matthew Chrycy, a married man** whose post office address is **7700 Hawthorne Avenue, Miami Beach, FL 33141** and **Verna Leopold, a single woman** whose post office address is **20601 Northeast 20th Court, Miami, FL 33179**, grantor, and **Brian D. Smith, Trustee of 465 Ocean Land Trust dated February 4, 2020** whose post office address is **420 Lincoln Road, Suite 248, Miami Beach, FL 33139**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> Unit 315 of Royal Atlantic, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 6131, Page(s) 416, of the Public Records of Miami-Dade County, Florida, and an.y amendments thereto, together with Its undivided share In tbe common elements.
>
> a/k/a: 465 Ocean Drive, #315, Miami Beach, FL 33139
>
> Parcel Identification Number: 02-4203-097-0280

**The Grantor,** Matthew Chrycy, warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the State of Florida, nor is it contiguous to or a part of a homestead property. Grantor's residence and homestead address is: 7700 Hawthorne Avenue, Miami Beach, FL 33141.

**The Grantee,** as Trustee, has the full power and authority to protect, conserve, sell, convey, lease, encumber, and to otherwise manage and dispose of said real property pursuant to F.S. 689.073.

**Subject to** covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year **2020** and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any,

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

[Remainder of page intentionally left blank]

*Warranty Deed* - Page 1

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Witness Name: Donell Van Orden

_____
Witness Name: DAISY GOETZ

_____
Matthew Chrycy

_____
Verna Leopold


STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of (✓) physical presence or ( ) online notarization this **21** day of February, 2020, by Matthew Chrycy, and Verna Leopold.

_____
Signature of Notary Public
Print, Type/Stamp Name of Notary

DANELL VAN ORDEN
Notary Public-State of Florida
Commission # GG 332861
My Commission Expires
September 08, 2023

Personally Known: _____ OR Produced Identification: ✓
Type of Identification
Produced: Florida Drivers Licenses

*Warranty Deed* - Page 2