# EXHIBIT C

```
CFN 2020R0132739
OR BK 31834 Pgs 2682-2683 (2Pgs)
RECORDED 03/03/2020 11:56:47
DEED DOC TAX $3,000.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

THIS INSTRUMENT PREPARED BY
**Lisa Pearson, P.A.**
1688 Meridian Ave, 7th Floor
Miami Beach, Florida 33139
AND RETURN TO:
**Law Office of Brian D. Smith**
420 Lincoln Road, Suite #248
Miami Beach, FL 33139

Property Appraisers Parcel Identification (Folio) Numbers: **02-4203-097-0290**

_____Space Above This Line For Recording Data_____

# WARRANTY DEED

*THIS WARRANTY DEED*, made the 21st of February, 2020 by **Brenda Kaye, a single woman**, whose post office address is ___P.O. Box 21943 Chatta., TN___, herein called the Grantor, to **Brian D. Smith, Trustee of the 465 OCEAN LAND TRUST dated February 4, 2020**, whose post office address is **420 Lincoln Road, Suite #248, Miami Beach, FL 33139**, hereinafter called the Grantee: **with full authority to protect, conserve, sell, convey, lease, encumber, or to otherwise manage and dispose of the real property hereinafter described pursuant to Florida Statute 689.071** *(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Miami-Dade County, State of Florida, viz.:

> Condominium Unit No. 316, Royal Atlantic Condominium, a Condominium, according to the Declaration thereof, recorded at O.R. Book 6131, page 416, of the Public Records of Miami-Dade County, Florida.
>
> Subject to easements, restrictions and reservations of record and taxes for the year 2020 and thereafter.

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2019.

File No: **KAYE**

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

___*Franklin Bir*___  
Witness #1 Signature

___*Franklin Pickle*___  
Witness #1 Printed Name

___*Emily M*___  
Witness #2 Signature

___*Emily Miller*___  
Witness #2 Printed Name

___*Brenda Kaye*___  
Brenda Kaye  
PO Box 21943  
CHATTA, TN

STATE OF _Tennessee_  
COUNTY OF _Hamilton_

The foregoing instrument was acknowledged before me this _21st_ day of February, 2020 by Brenda Kaye, by means of [ ✓ ] physical presence or [ ] online notarization, who is personally known to me or has produced _Tennessee driver license_ as identification.

**SEAL**

_____  
Notary Public

___*Zack Brown*___  
Printed Notary Name

My Commission Expires:

Commission Expires 08/08/2022

[Seal: ZACK BROWN, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF HAMILTON]

File No: KAYE