1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6915
7       Fax: (415) 436-7234
        Email: chris.kaltsas2@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              )  CASE NO. 21-CV-04060 CRB
14 |         Plaintiff,                     )
   |                                        )  [PROPOSED] ORDER SEALING EXHIBITS
15 |     v.                                 )  TO UNITED STATES' MOTION TO STRIKE
   |                                        )  CLAIMS PURSUANT TO THE FUGITIVE
16 | TWO CONDOMINIUMS LOCATED AT 465        )  DISENTITLEMENT DOCTRINE AND FOR
   | OCEAN DRIVE, UNITS 315 AND 316,        )  LACK OF STANDING
17 | MIAMI BEACH, FLORIDA 33139,            )
   |                                        )
18 |         Defendants.                    )
   |                                        )
19 |                                        )
   | ZACHARY APTE,                          )
20 |                                        )
   | JESSICA RICHMAN, and                   )
21 |                                        )
   | 465 OCEAN LAND TRUST,                  )
22 |                                        )
   |         Claimants.                     )
23

24
25
26
27
28

Upon the application of the United States, and for good cause shown, it is hereby ordered that Exhibits 2, 3, and 4 to the United States' Motion to Strike Claims Pursuant to the Fugitive Disentitlement Doctrine and for Lack of Standing is to be filed under seal with the Court.

IT IS SO ORDERED.

Dated this __20th__ day of October 2021.

_____
HONORABLE CHARLES R. BREYER
United States District Judge