W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID JUNG (Cal. Bar No. 314508)
RAINA BHATT (Cal. Bar No. 319435)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533

*Attorneys for Defendant Zachary Apte*

TARIFA B LADDON (Cal. Bar No. 240419)
JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY  (*Pro Hac Vice*)
SOPHIE GOTLIEB (*Pro Hac Vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067

*Attorneys for Defendant Jessica Richman*

STEPHANIE M. HINDS (CABN 154284)
HALLIE HOFFMAN (CABN 210020)
CHRIS KALTSAS (NYBN 5460902)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
FAX: (415) 436-7234

*Attorneys for United States of America*

ANTHONY J. BRASS
ATTORNEY-AT-LAW (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 94123
(415)922-5462 telephone
(415)346-8987 facsimile

*Attorney for Gabriel Ceriotti*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TWO CONDOMINIUMS LOCATED AT 465 OCEAN DRIVE, UNITS 315 AND 316, MIAMI BEACH, FLORIDA 33139<br><br>          Defendants. | Case No. 3:21-cv-04060-CRB<br><br>**JOINT STIPULATED REQUEST FOR COURT ORDER ENLARGING TIME TO FILE RESPONSES TO GOVERNMENT'S FIRST AMENDED VERIFIED COMPLAINT FOR CIVIL FORFEITURE *IN REM* AND GOVERNMENT'S MOTION TO STRIKE** : ORDER<br><br>DATE: TBD<br>TIME: TBD<br>COURTROOM: Room 6 - 17th Floor |

Pursuant to N.D. Cal. Civil L.R. 6-2(a) and this Court's General Standing Order for Civil and Criminal Cases, Claimants Dr. Zachary Apte, Dr. Jessica Richman and Gabriel Ceriotti, through their undersigned counsel, and Plaintiff United States of America, through its undersigned counsel, hereby respectfully request by joint stipulation that the Court extend the parties' time to file their response papers and modify the corresponding case schedule in regards to the following motions: (1) GOVERNMENT'S FIRST AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*; and (2) GOVERNMENT'S MOTION TO STRIKE CLAIMS PURSUANT TO THE FUGITIVE DISENTITLEMENT DOCTRINE AND FOR LACK OF STANDING.

Specifically, the parties request that the Court enter their Proposed Order, included as Attachment A to this Stipulated Request, and extend the date for the Claimants to file their Motion to Dismiss Government's First Amended Verified Complaint for Forfeiture *In Rem* and Opposition to Government's Motion to Strike Claims Pursuant to the Fugitive Disentitlement Doctrine and for Lack of Standing by one business day, adjusting the schedule as follows:

| Filing | Due Date |
| --- | --- |
| Claimants' Motion to Dismiss Government's First Amended Verified Complaint for Forfeiture *In Rem* | **November 15, 2021** |
| Claimants' Opposition to Government's Motion to Strike Claims Pursuant to the Fugitive Disentitlement Doctrine and for Lack of Standing | **November 15, 2021** |
| Government's Response to Claimants' Motion to Dismiss | **December 6, 2021** |
| Government's Reply in Support of Motion to Strike | **December 6, 2021** |
| Claimants' Reply in Support of Motion to Dismiss | **December 23, 2021** |
| Hearing Date | **January 14, 2022** |

In support of the parties' Joint Stipulated Request, the parties state as follows:

1. On September 24, 2021, the Government filed its First Amended Verified Complaint For Civil Forfeiture *In Rem* (Dkt. 35);

2.     On October 18, 2021, the Government filed its Motion to Strike Claims Pursuant To The Fugitive Disentitlement Doctrine And For Lack of Standing (Dkt. 40);

3.     Claimants intend to file a motion to dismiss the Government's Amended Complaint and to file an opposition to the Government's Motion to Strike, but require an additional business day to prepare those filings;

4.     The parties have conferred and agreed that this modest enlargement of time is appropriate and consistent with the Federal Rules, including Rule 1, including because utilizing the same briefing schedule for both the Claimants' Motion to Dismiss and the Governments' Motion to Strike will facilitate the efficient administration and litigation of this matter and the modest extension will not affect any of the other existing deadlines;

5.     The parties previously filed stipulations to Extend Time For claimants to respond to the Government's Amended Complaint on October 7, 2021, *see* Dkt. 39; and to Extend Time For Claimants to respond to the Government's Amended Complaint and Motion to Strike on October 21, 2021, *see* Dkt. 43, and on November 2, 2021, *see* Dkt. 49;

6.     If the Court grants the Proposed Order, it will supersede the parties' previous Stipulation;

7.     The Proposed Order will not modify the currently scheduled hearing date for the Government's Motion to Strike; and

8.     No other events or deadlines already fixed by Court order will be affected by the dates set forth in the Proposed Order.

NOW THEREFORE, pursuant to N.D. Cal. Civil L.R. 6-2(a), the Claimants and the United States of America, each as represented by undersigned counsel, hereby request by Joint Stipulation that the Court enlarge the parties' response times and case schedule as set forth in the Proposed Order, *see* Attachment A.

DATED:   November 12, 2021                                  Respectfully submitted,

By:     /s/ Chris Kaltsas
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division
CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
FAX: (415) 436-7234
chris.kaltsas2@usdoj.gov

*Attorneys for United States of America*

By:     /s/ Anthony J. Brass
ANTHONY J. BRASS
ATTORNEY-AT-LAW
(CA Bar No. 173302)

3223 Webster Street San Francisco, California 94123 (415)922-5462 telephone (415)346-8987 facsimile

*Attorney for Claimant Gabriel Ceriotti*

By:     /s/ Joel M. Hammerman
Tarifa B. Laddon (Cal. Bar No. 240419)
Joel M. Hammerman (*Pro Hac Vice*)
Joshua P. Mahoney (*Pro Hac Vice*)
Sophie Gotlieb (*Pro Hac Vice*)

*Attorneys for Claimant Jessica Richman*

**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Ste. 1500
Los Angeles, California 90067
Telephone: (310) 500-2166
Facsimile:  (310) 229-1285
tarifa.laddon@faegredrinker.com

By:     /s/ W. Douglas Sprague
W. Douglas Sprague (Cal. Bar No. 202121)
David Jung (Cal. Bar No. 314508)
Raina Bhatt (Cal. Bar No. 319435)

*Attorneys for Claimant Zachary Apte*

**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
Telephone: (415) 591-6000
Facsimile:  (415) 591-6091
*dsprague@cov.com*
*gjung@cov.com*
*rbhatt@cov.com*

DATED:   November 12, 2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TWO CONDOMINIUMS LOCATED AT 465 OCEAN DRIVE, UNITS 315 AND 316, MIAMI BEACH, FLORIDA 33139<br><br>        Defendants. | Case No. 3:21-cv-04060-CRB<br><br>**[PROPOSED] ORDER ENTERING PARTIES' STIPULATED REQUEST TO ENLARGE TIME TO FILE RESPONSES TO GOVERNMENT'S FIRST AMENDED VERIFIED COMPLAINT FOR CIVIL FORFEITURE *IN REM* AND GOVERNMENT'S MOTION TO STRIKE** |

Before the Court is the Parties' Joint Stipulated Request for Court Order Enlarging Time To File Responses to Government's First Amended Verified Complaint For Civil Forfeiture *In Rem* And Government's Motion to Strike ("Joint Stipulated Request").

Now, pursuant to N.D. Cal. Civil L.R. 6-2(a) and this Court's Standing Order, having considered the parties' Joint Stipulated Request, and for good cause shown, the Court hereby **ENTERS** the parties' Joint Stipulated Request and sets the following deadlines for the parties to file their responses and the Court hearing date as follows:

| Filing | Due Date |
|---|---|
| Claimants' Motion to Dismiss Government's First Amended Verified Complaint for Forfeiture *In Rem* | **November 15, 2021** |
| Claimants' Opposition to Government's Motion to Strike Claims Pursuant to the Fugitive Disentitlement Doctrine and for Lack of Standing | **November 15, 2021** |
| Government's Response to Claimants' Motion to Dismiss | **December 6, 2021** |
| Government's Reply in Support of Motion to Strike | **December 6, 2021** |
| Claimants' Reply in Support of Motion to Dismiss | **December 23, 2021** |
| Hearing Date | **January 14, 2022** |

**IT IS SO ORDERED.**

Date:   November 16, 2021

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE