W. DOUGLAS SPRAGUE (Cal. Bar No. 202121)
DAVID GRADY JUNG (Cal. Bar No. 314508)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
*Attorneys for Claimant Zachary Apte*

JOEL M. HAMMERMAN (*Pro Hac Vice*)
JOSHUA P. MAHONEY (*Pro Hac Vice*)
TARIFA LADDON (Cal. Bar No. 240419)
**FAEGRE DRINKER BIDDLE & REATH, LLP**
1800 Century Park East, Suite 1500
Los Angeles, California 90067
*Attorneys for Claimant Jessica Richman*

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
Email:  chris.kaltsas2@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TWO CONDOMINIUMS LOCATED AT 465 OCEAN DRIVE, UNITS 315 AND 316, MIAMI BEACH, FLORIDA 33139,<br><br>    Defendant<br><br>ZACHARY APTE,<br><br>JESSICA RICHMAN, and<br><br>465 OCEAN LAND TRUST,<br><br>    Claimants. | Case No.: 21-CV-04060-CRB<br><br>**JOINT STATUS REPORT** |

Plaintiff United States of America (the "United States") and claimants Dr. Zachary Apte, Dr. Jessica Richman, and the 465 Ocean Land Trust (collectively, "Claimants" and with the United States, the "Parties"), through their counsel of record, file this joint status report in response to the Court's August 29, 2022, notice.  Dkt. 58.

1. On May 27, 2021, the United States filed a verified complaint for civil forfeiture *in rem* against the Defendant Properties. Dkt. 1. The Court granted Claimants' motions to dismiss that complaint on August 26. 2021.  Dkt. 34. The United States filed an amended verified complaint for civil forfeiture *in rem* against the Defendant Properties on September 24, 2021. Dkt. 35. The United States provided notice to the Claimants, who are the only identifiable claimants to the Defendant Properties.

2. Claimants filed timely statements of claim to the Defendant Properties, stating that Dr. Apte and Dr. Richman are each a fifty percent beneficiary to a Florida land trust named the 465 Ocean Land Trust, dated February 4, 2020, that holds the Defendant Properties in trust. Dkt. 15, 17-18, 45-47.

3. On October 18, 2021, the United States filed a motion to strike the Claimants' claims. Dkt. 40. On November 15, 2021, Claimants filed a motion to dismiss government's first amended verified complaint for civil forfeiture and a memorandum in opposition to the United States' motion to strike their claims. Dkt. 53. Claimants deny the United States' allegations that they engaged in unlawful conduct and deny that the Defendant Properties are subject to forfeiture.

4. On December 8, 2021, the Court granted the parties' Joint Stipulation a Regarding Stay of the Briefing Schedule Pending Potential Settlement Discussions.  Dkt. 57.

5. Since the entry of the stay, the parties have been regularly engaged in productive settlement discussions.  The parties remain actively engaged in those discussions and anticipate that they will resolve shortly, within the next approximately 60 days. While the parties have made significant progress in their talks, the underlying transaction is complex and involves the sale of real property. Trial obligations of counsel for the United States and certain Claimants have additionally affected the pace of recent discussions.

6. As a result, the parties request that the Court continue the stay in this case and set an additional joint status report for no later than November 11, 2022.

| | |
|---|---|
| Dated:  September 9, 2022 | By: */s/ W. Douglas Sprague*<br>W. Douglas Sprague<br>David Grady Jung<br>Raina Bhatt<br>*Attorneys for Claimant Zachary Apte* |
| Dated:  September 9, 2022 | By: */s/ Joel Hammerman*<br>Joel M. Hammerman<br>Joshua Mahoney<br>Tarifa B. Laddon<br>*Attorney for Claimant Jessica Richman* |
| Dated:  September 9, 2022 | By: */s/ Anthony J. Brass*<br>Anthony J. Brass<br>*Attorney for Claimant Gabriel Ceriotti* |
| Dated:  September 9, 2022 | By: */s/ Chris Kaltsas*<br>Chris Kaltsas<br>*Attorney for United States of America* |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), Josh Mahoney hereby attests that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 9, 2022                    By: */s/ Josh Mahoney*